# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SA40 | 9616126 | TARNER | 1666 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/03/2021  2345 | 41 CFR 102-79.380 |

**Place of Offense:** 1208 MAIN ST DAPHNE AL 36526

**Offense Description: Factual Basis for Charge** HAZMAT ☐
41 CFR 102-79.380(b) willfully destroying or damaging property

### DEFENDANT INFORMATION   Phone: (251) 504-4470

| Last Name | First Name | M.I. |
|---|---|---|
| Holyfield | Donald | S |

**Street Address:** 101 Tor DR

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Warner Robins | GA | 31093 | 05/21/1998 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 02520382330 | | AL | [redacted] |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair___ Eyes___ Height___ Weight___

**VEHICLE**   VIN:___   CMV ☐
Tag No___ State___ Year___ Make/Model___ PASS ☐ Color___

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$___ Forfeiture Amount
+ $30 Processing Fee
$ MC Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| US District Court 155 Saint Joseph St Mobile AL 36602 | TBD |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ___

Original CVB Copy

*9616126*

CVB SCAN 01/31/2022 15:0

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 3, 2021 while exercising my duties as a law enforcement officer in the Southern District of Alabama

Donald Holyfield intentionally broke a window at the U.S. Fish and Wildlife office at 1208 Main St Daphne AL. Holyfield then entered the building. Holyfield was found by Daphne police officers as he was exiting the building. Holyfield made spontaneous statements to the officers that he broke the wrong window because he was trying to get into his mother's office located next door. Holyfield stated he was just trying to get a ride home because he had been drinking.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident